KK 

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS A. REITER, II | : | CIVIL ACTION |
| vs. | : | |
| WASHINGTON MUTUAL BANK, et al. | : | NO. 10-2192 |

**FILED**

JUL 05 2011

MICHAEL E. KUNZ, Clerk
By____KK____Dep. Clerk

**ORDER**

AND NOW this 5th day of July, 2011, it is hereby **ORDERED** that Plaintiff, Nicholas A. Reiter II's ("Plaintiff") Motion for Service by a United States Marshal and Plaintiff's Motion for a Temporary Injunction Against Wells Fargo Bank (Doc. No. 14) are hereby **DENIED**. It is further **ORDERED** that this case is hereby **DISMISSED** for lack of subject matter jurisdiction. This case shall be marked **CLOSED** statistically.

BY THE COURT:

/s/ Robert F. Kelly

ROBERT F. KELLY
SENIOR JUDGE